UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

AMBER QUITNO, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

GENERAL MOTORS LLC,

Defendant(s).

Case No. 1:18-cv-07598
Magistrate Judge Lisa A. Jensen

## JOINT INITIAL STATUS REPORT

The parties submit this joint initial status report in advance of the initial status hearing set for 5/22/2019.

All parties who have appeared shall join in the filing of this initial status report. An initial status report must still be filed even if filed unilaterally.

**1. Nature of the Case Including Legal Issues, Factual Issues, and Affirmative Defenses.**

For claims by or against only some parties, identify which.

Plaintiff's First Amended Complaint asserts that the brake system of her 2015 Chevrolet Tahoe suffers from a defect that is allegedly common to several million GM vehicles, across multiple makes and model years. Plaintiff individually asserts the following claims: violation of the Illinois Consumer Fraud and Deceptive Business Practices Act; breach of implied warranty; violation of the federal Magnuson-Moss Warranty Act; and unjust enrichment.

Plaintiff seeks to certify the following class:

> All consumers who purchased or leased in Illinois a 2015 or newer Cadillac Escalade, 2014 or newer Chevrolet Silverado, 2015 or newer Chevrolet Suburban, 2015 or newer Chevrolet Tahoe, 2014 or newer GMC Sierra, or 2015 or newer GMC Yukon/Yukon XL.

Among its defenses to the First Amended Complaint, GM asserts that plaintiff fails to state a claim and cannot maintain this action as a class action pursuant to Federal Rule of Civil Procedure 23. GM reserves the right to assert additional affirmative defenses in any Answer to the First Amended Complaint.

**2. Parties and Service**

Identify each individual plaintiff: Amber Quitno

Identify each individual defendant and the status of service. If more space is needed, attach additional pages to the end of this report.

| Defendant | Date Served | Date Appeared | Answer Due or Date Answered |
|---|---|---|---|
| General Motors LLC | 11/28/18 | 12/12/18 | 1/25/19 |

Plaintiff filed her First Amended Complaint on 03/22/19 and GM responded with a motion to dismiss on 05/01/19.

For each defendant not served, describe the efforts to serve that defendant. If more space is needed, attach additional pages to the end of this report.

| Defendant | Efforts to Serve |
|---|---|
| N/A | |

List any potential party the defendant(s) may seek to add as a third-party defendant.

| Third-Party Defendant | Basis of Liability |
|---|---|

GM does not presently anticipate the addition of third-party defendants.

3. **Status of Settlement Discussions and the Potential for Settlement**

The parties have not discussed settlement and do not believe such discussions would be productive until after this Court resolves GM's pending motion to dismiss.

4.  **Identify any Parallel Cases (including but not limited to possible MDL litigation, underlying criminal proceedings, or related litigation).**

| Case Name | Case # | Court | Nature of Proceeding |
|---|---|---|---|
| *Peckerar et. al v. General Motors LLC* | 5:18-cv-02153 | C.D. Cal. | Consumer class action involving brake defects in same class vehicles for putative California class. |
| *Compton et. al v. General Motors LLC* | 1:19-cv-00033 | N.D. Fla. | Consumer class action involving brake defects in same class vehicles for putative Florida class. |

5.  **Identify all Pending or Anticipated Motions**

| Motion (including docket number if already filed) | Date Filed or Anticipated |
|---|---|
| GM's Motion to Dismiss First Amended Complaint | 5/1/19 (ECF No. 40) |
| GM's Motion to Coordinate Discovery with Peckerar and Compton Actions | |
| Plaintiff's Motion for Class Certification | |

6.  **Discovery**

During the initial status hearing the Court will likely set a deadline for submitting a proposed case management order at a later date. To help guide that discussion, the parties shall provide their best estimates formed after reasonable investigation and inquiry of the amount and scope of discovery in response to the following questions:

The plaintiff(s) anticipate(s) taking about 15 depositions of fact witnesses.

For claims involving medical conditions, the plaintiff has about ___ treaters who are either (check one) ○ all located in or near the Rockford/Chicago areas, or ○ includes treaters located outside the Rockford and Chicago areas such as _____.

The plaintiff(s) (check one) ⊙ anticipate(s) using about 3 retained expert witnesses, or ○ do(es) not anticipate retaining expert witnesses.

The defendant(s) anticipate(s) taking about 10 depositions of fact witnesses. That number does not include any of the depositions the plaintiff(s) anticipate(s).

The defendant(s) (check one) ⊙ anticipate(s) using about 3 retained expert witnesses, or ○ do(es) not anticipate retaining expert witnesses.

The parties anticipate that fact discovery (which includes treating physician depositions)

will take about 15 months.

**7.     Consent to the Magistrate Judge**

(Must check one)

○     All parties have appeared and will file a written consent to proceed before the Magistrate Judge for all purposes.

⦿     Not all parties will consent to proceed before the Magistrate Judge.

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| AMBER QUITNO, Individually and On Behalf of All Others Similarly Situated | GENERAL MOTORS, LLC |
| By: */s/ Ryan F. Stephan*<br>STEPHAN ZOURAS, LLP<br>Ryan F. Stephan<br>James B. Zouras<br>100 North Riverside Plaza, Suite 2150<br>Chicago, IL 60606<br>Telephone: (312) 233-1550<br>Fax: (312) 233-1560<br>rstephan@stephanzouras.com<br>jzouras@stephanzouras.com | By: */s/ Kathleen T. Sooy*<br>CROWELL & MORING LLP<br>Kathleen T. Sooy (Pro hac vice)<br>Jared A. Levine (Pro hac vice)<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Telephone: (202) 624-2608<br>Fax: (202) 628-5116<br>ksooy@crowell.com<br>jalevine@crowell.com |
| and | and |
| Michael J. Flannery<br>CUNEO, GILBERT & LADUCA, LLP<br>7733 Forsyth Boulevard, Suite 1675<br>St. Louis, MO 63105<br>Telephone: (202) 789-3960<br>Fax: (202) 789-1813<br>mflannery@cuneolaw.com | Christina Brunty<br>DYKEMA GOSSETT, PLLC<br>10 South Wacker Drive, Suite 2300<br>Chicago, IL 60606<br>Telephone: (312) 627-2555<br>Fax: (866) 308-1845<br>cbrunty@dykema.com |

Rev. 12/12/2017

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 8, 2019 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Kathleen Taylor Sooy*
Kathleen Taylor Sooy

*Counsel for Defendant General Motors LLC*