UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| AMBER QUITNO, individually, and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff(s), | ) ) | Case No. 1:18-cv-07598 |
| v. | ) ) | Hon. Judge John Robert Blakey |
| GENERAL MOTORS LLC, | ) ) | Magistrate Judge Lisa A. Jansen |
| Defendant(s). | ) | |

JOINT STATUS REPORT PURSUANT TO
THIRD AMENDED GENERAL ORDER 20-0012

The Parties submit the following joint status report in response to the Court's Third Amended General Order 20-0012, of April 24, 2020 (Dkt. 100).

1. **PROGRESS OF DISCOVERY**

On November 27, 2019, the Parties submitted a proposed Case Management Order (Dkt. 75) which was adopted by the Court on December 3, 2019 (Dkt. 79). Consistent with the Case Management Order, on December 20, 2019, the Parties exchanged Rule 26(a)(1) Initial Disclosures. On May 15, 2019, Plaintiff served GM with Plaintiffs' First Set of Interrogatories, First Set of Requests for Admission, and Second Set of Requests for Production.[1] On July 12, 2019, GM provided responses to the Plaintiff's First Set of interrogatories, First Set of Requests for Admission, and Second Set of Requests for Production.

---

[1] This case is one of three matters pending against GM. The other two cases are *Compton v. General Motors LLC*, 1:19-cv-00033, in the Northern District of Florida, and *Peckerar v. General Motors, LLC*, 5:18-cv-02153, in the Central District of California. All three cases make similar allegations regarding an alleged defect in certain GM vehicles. In an effort to reduce expenses and avoid duplicative work, the Parties are coordinating on discovery across the three cases.

1

## 2. STATUS OF BRIEFING ON UNRESOLVED MOTIONS

On February 18, 2020, the Court granted GM's motion to dismiss Plaintiff's Amended Complaint without prejudice. (Dkt. 90.) On February 25, 2020, the Parties filed a Joint Stipulation for Extension of Time for Plaintiff to File a Second Amended Complaint and for Defendant to Respond (Dkt. 91) which was adopted by the Court on February 26, 2020 (Dkt. 92). Consistent with the Parties' Joint Stipulation, on March 6, 2020, Plaintiff filed her Second Amended Complaint. (Dkt. 96.) According the Parties' Joint Stipulation, GM's responsive pleading was scheduled for April 20, 2020. However, with the Court's entry of the three COVID-19 General Orders, GM's responsive pleading is now due July 6, 2020. (Dkt. 97, 98, 100.)

## 3. SETTLEMENT EFFORTS

The Parties are engaged in settlement discussions. The Parties are scheduled for mediation on June 9, 2020.

## 4. PROPOSED SCHEDULE

The Parties propose the following schedule:

- GM will file its responsive pleading to Plaintiff's Second Amended Class Action Complaint on or before **July 6, 2020**;

- Plaintiff to file her response to motion to dismiss on or before **August 17, 2020**;

- GM to file its reply to motion to dismiss on or before **September 9, 2020**

- Rule 26(e) supplemental disclosures due **October 23, 2020**;

- Fact discovery cut-off **May 21, 2021**;

- Plaintiff's expert reports due **June 21, 2021**;

- Deposition of Plaintiff's expert cut-off **July 21, 2021;**

- GM's expert reports due **August 24, 2021**;

- Deposition of GM's expert cut-off **September 21, 2021**;

- Motion for class certification due on or before **October 29, 2021**;

- Opposition to motion for class certification due **December 30, 2021**.

- Reply brief for motion for class certification due **January 21, 2022.**

5. **REQUEST FOR ANY AGREED ACTION**

   The Parties make no requests for any agreed action at this time.

6. **TELEPHONIC HEARING**

   The Parties do not believe that a telephonic hearing is necessary, but are available should the Court wish to discuss the proposed schedule or any other matter.


Dated: May 18, 2020

*Attorneys for Plaintiff*

_/s/ Andrew C. Ficzko____
Ryan F. Stephan
Andrew C. Ficzko
Stephan Zouras, LLP
100 North Riverside Plaza, Suite 2150
Chicago, IL 60606
Telephone: (312) 233-1550
Fax: (312) 233-1560
Email: rstephan@stephanzouras.com
       aficzko@stephanzouras.com

Michael J. Flannery
Cuneo Gilbert & LaDuca, LLP
500 North Broadway
Suite 1450
St. Louis, MO 63102
Telephone: (314) 226-1015
Fax: (202) 789-1813
Email: mflannery@cuneolaw.com

*Attorneys for Defendant*

/s/ Christina C. Brunty
Christina C. Brunty
DYKEMA GOSSETT, PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Telephone: (312) 627-2555
Fax: (866) 308-1845
Email: cbrunty@dykema.com

Kathleen Taylor Sooy
Andrew G. Pruitt
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 2004-2595
Telephone: (202) 624-2500
Email: ksooy@crowell.com
       apruitt@crowell.com

3

F. Jerome Tapley (*pro hac vice*)
Adam W. Pittman (*pro hac vice*)
Hirlye R. Lutz, III (*pro hac vice*)
Lauren S. Miller (*pro hac vice*)
Cory Watson, P.C.
2131 Magnolia Avenue South
Birmingham, AL 35205
Telephone: (205) 328-2200
Email: jtapley@corywatson.com
apittman@corywatson.com
rlutz@corywatson.com
lmiller@corywatson.com

Henry Clay Barnett, III (*pro hac vice*)
James Mitchell Williams (*pro hac vice*)
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
218 Commerce Street
Montgomery, AL 36104
Telephone:(334)-269-2343
Email: Clay.Barnett@Beasleyallen.com
Mitch.Williams@Beasleyallen.com

James C. Wyly (*pro hac vice*)
Sean F. Rommel (*pro hac vice*)
Wyly-Rommel, PLLC
4004 Texas Boulevard
Texarkana, TX 75503
Telephone:(903)-334-8646
Email: tgurley@wylyrommel.com

Jeffrey Koncius (*pro hac vice*)
Melanie Meneses Palmer (*pro hac vice*)
Kiesel Law LLP
8648 Wilshire Blvd
Beverly Hill, CA 90211
Telephone:(310)-854-4444
Email: koncius@kiesel.law
palmer@kiesel.law

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 18, 2020 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                              */s/ Christina Brunty*
                              Christina Brunty
                              DYKEMA GOSSETT, PLLC
                              10 South Wacker Drive, Suite 2300
                              Chicago, IL 60606
                              Telephone: (312) 627-2555
                              Fax: (866) 308-1845
                              Email: cbrunty@dykema.com

                              *Counsel for General Motors LLC*