# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| **AMBER QUITNO, individually,** | ) | |
| **and on behalf of all others similarly** | ) | |
| **situated,** | ) | |
| | ) | |
| **Plaintiff(s),** | ) | **Case No. 1:18-cv-07598** |
| | ) | |
| **v.** | ) | Hon. Judge John Robert Blakey |
| | ) | |
| **GENERAL MOTORS LLC,** | ) | Magistrate Judge Lisa A. Jansen |
| | ) | |
| **Defendant(s).** | ) | |

## NOTICE OF SETTLEMENT

Plaintiff Amber Quitno ("Plaintiff") and Defendant General Motors LLC ("GM"), collectively the "Parties," by and through their counsel of record, hereby notify the Court that this matter has resolved on an individual basis.

The Parties are in the process of memorializing the terms of the settlement into a final written agreement. Following full execution of the agreement, and no later than sixty (60) calendar days thereafter, the Parties will file a stipulation of dismissal.

In light of this Notice, the Parties further agree and request that the Court vacate the briefing schedule (Dkt. 120) related to GM's most recent Motion to Dismiss (Dkt. 118), including the deadline for GM's reply brief, which is due today.

Dated: October 16, 2020

***Attorneys for Plaintiff***

*/s/* Michael J. Flannery
Michael J. Flannery
Cuneo Gilbert & LaDuca, LLP
500 North Broadway

***Attorneys for General Motors LLC***

*/s/ Christina C. Brunty____*
Christina C. Brunty
DYKEMA GOSSETT, PLLC
10 South Wacker Drive, Suite 2300

Suite 1450
St. Louis, MO 63102
Telephone: (314) 226-1015
Fax: (202) 789-1813
Email: mflannery@cuneolaw.com

Ryan F. Stephan
Andrew C. Ficzko
Stephan Zouras, LLP
100 North Riverside Plaza, Suite 2150
Chicago, IL 60606
Telephone: (312) 233-1550
Fax: (312) 233-1560
Email: rstephan@stephanzouras.com
          aficzko@stephanzouras.com

F. Jerome Tapley (*pro hac vice*)
Adam W. Pittman (*pro hac vice*)
Hirlye R. Lutz, III (*pro hac vice*)
Lauren S. Miller (*pro hac vice*)
Cory Watson, P.C.
2131 Magnolia Avenue South
Birmingham, AL 35205
Telephone: (205) 328-2200
Email: jtapley@corywatson.com
          apittman@corywatson.com
          rlutz@corywatson.com
          lmiller@corywatson.com

Henry Clay Barnett, III (*pro hac vice*)
James Mitchell Williams (*pro hac vice*)
Beasley, Allen, Crow, Methvin, Portis &
Miles, P.C.
218 Commerce Street
Montgomery, AL 36104
Telephone:(334)-269-2343
Email: Clay.Barnett@Beasleyallen.com
          Mitch.Williams@Beasleyallen.com

James C. Wyly (*pro hac vice*)
Sean F. Rommel (*pro hac vice*)
Wyly-Rommel, PLLC
4004 Texas Boulevard
Texarkana, TX 75503
Telephone:(903)-334-8646
Email: tgurley@wylyrommel.com

Chicago, IL 60606
Telephone: (312) 627-2555
Fax: (866) 308-1845
Email: cbrunty@dykema.com

Kathleen Taylor Sooy
Tracy A. Roman
Andrew G. Pruitt
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 2004-2595
Telephone: (202) 624-2500
Email: ksooy@crowell.com
          troman@crowell.com
          apruitt@crowell.com

Jeffrey Koncius (*pro hac vice*)
Melanie Meneses Palmer (*pro hac vice*)
Kiesel Law LLP
8648 Wilshire Blvd
Beverly Hill, CA 90211
Telephone:(310)-854-4444
Email: koncius@kiesel.law
            palmer@kiesel.law