# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| AMBER QUITNO, individually, and on behalf of all others similarly situated, ) ) ) ) Plaintiff(s), ) ) v. ) ) GENERAL MOTORS LLC, ) ) Defendant(s). ) | Case No. 1:18-cv-07598<br><br>Hon. Judge John Robert Blakey<br><br>Magistrate Judge Lisa A. Jansen |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Amber Quitno ("Plaintiff") and Defendant General Motors LLC ("GM"), by and through their undersigned counsel, hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's individual claims and this action against GM are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

**SO STIPULATED.**

Dated: November 4, 2020

Respectfully submitted,

 /s/ Michael J. Flannery  
Michael J. Flannery (*pro hac vice*)  
**CUNEO GILBERT & LADUCA LLP**  
7733 Forsyth Boulevard, Suite 1675  
Saint Louis, MO 63105  
Tel.: (202) 789-3960

 /s/ Kathleen Taylor Sooy*  
Kathleen T. Sooy (*pro hac vice*)  
Tracy A. Roman (*pro hac vice*)  
Andrew G. Pruitt (*pro hac vice*)  
**CROWELL & MORING LLP**  
1001 Pennsylvania Avenue NW

*mflannery@cuneolaw.com*

Ryan F. Stephan (*pro hac vice*)
Andrew C. Ficzko (*pro hac vice*)
**STEPHAN ZOURAS LLP**
100 N Riverside Plaza, Suite 2150
Chicago, IL 60606
Tel.: (312) 233-1550
Fax: (312) 233-1560
*rstephan@stephanzouras.com*
*aficzko@stephanzouras.com*

F. Jerome Tapley
(*pro hac vice*)
Hirlye R. "Ryan" Lutz, III
(*pro hac vice*)
Adam W. Pittman
(*pro hac vice*)
**CORY WATSON, P.C.**
2131 Magnolia Avenue South
Birmingham, Alabama 35205
Tel: (205) 328-2200
Fax: (205) 324-7896
jtapley@corywatson.com
rlutz@corywatson.com
apittman@corywatson.com

James C. Wyly (*pro hac vice*)
Sean F. Rommel (*pro hac vice*)
**WYLY~ROMMEL, PLLC**
4004 Texas Boulevard
Texarkana, Texas 75503
Tel.: (903) 334-8646
Fax: (903) 334-8645
*jwyly@wylyrommel.com*
*srommel@wylyrommel.com*

Clay Barnett (*pro hac vice*)
J. Mitch Williams (*pro hac vice*)
**BEASLEY ALLEN**

Washington, DC 20004
Tel.: (202) 624-2500
Fax: (202) 628-5611
*ksooy@crowell.com*
*troman@crowell.com*
*apruitt@crowell.com*

Christina C. Brunty
**DYKEMA GOSSETT, PLLC**
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Telephone: (312) 627-2555
Fax: (866) 308-1845
Email: cbrunty@dykema.com

*Counsel for General Motors LLC*
**\*with permission**

2

4200 Northside Pkwy NW
Building One, Suite 100
Atlanta, GA 30327
Tel.:   (334) 269-2343
Fax:   (855) 674-1818
*clay.barnett@beasleyallen.com*
*mitch.williams@beasleyallen.com*

Jeffrey A. Koncius (*pro hac vice*)
Melanie M. Palmer (*pro hac vice*)
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel.:   (310) 854-4444
Fax:   (310) 854-0812
*koncius@kiesel.law*
*palmer@kiesel.law*

*Attorneys for Plaintiff Amber Quitno*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of November, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF filing system. I further certify that the foregoing document was served on all counsel of record via transmission of the Notice of Electronic Filing generated by the Court's CM/ECF system.

                                                */s/ Michael J. Flannery*
                                                Michael J. Flannery